IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHRISTY M. FLOWERS, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO 11-0213-WS-N |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner | ) | |
| Of Social Security, | ) | |
| | ) | |
|     Defendant. | ) | |

<u>JUDGMENT</u>

Pursuant to an order this day entered, it is hereby ORDERED, ADJUDGED and DECREED that the decision of the Commissioner denying benefits is AFFIRMED.

This the 25th day of January, 2012.


s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE